# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| **Andy Ortiz** | ) | Case No. _____ |
| *Plaintiff(s)* | ) | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| -v- | ) | |
| **Blanche Carney in her Official capacity as Commissioner of Philadelphia Dept. of Prison City of Philadelphia** | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | | |
| *with the full list of names. Do not include addresses here.)* | | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

The Clerk will not file a civil complaint unless the person seeking relief pays the entire filing fee (currently $350) and an administrative fee (currently $50) in advance, or the person applies for and is granted in forma pauperis status pursuant to 28 U.S.C. § 1915. A prisoner who seeks to proceed in forma pauperis must submit to the Clerk (1) a completed affidavit of poverty and (2) a copy of the trust fund account statement for the prisoner for the six month period immediately preceding the filing of the complaint, obtained from and certified as correct by the appropriate official of each prison at which the prisoner is or was confined for the preceding six months. See 28 U.S.C. § 1915(a)(2).

If the Judge enters an order granting a prisoner's application to proceed in forma pauperis, then the order will assess the filing fee (currently $350) against the prisoner and collect the fee by directing the agency having custody of the prisoner to deduct an initial partial filing fee equal to 20% of the greater of the average monthly deposits to the prison account or the average monthly balance in the prison account for the six-month period immediately preceding the filing of the complaint, as well as monthly installment payments equal to 20% of the preceding month's income credited to the account for each month that the balance of the account exceeds $10.00, until the entire filing fee has been paid. See 28 U.S.C. § 1915(b). **A prisoner who is granted leave to proceed in forma pauperis is obligated to pay the entire filing fee regardless of the outcome of the proceeding, and is not entitled to the return of any payments made toward the fee.**

---

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                      Andy Ortiz

All other names by which    Andy Emmanuel Ortiz
you have been known:      Wyo. Snoop. Official

ID Number                 PP# 1212917

Current Institution       Curran-Fromhold-Correctional-Facility

Address                   7901 State Road

                          Philadelphia     PA     19136
                             *City*          *State*    *Zip Code*

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                      C/O S. Blacksheer

Job or Title *(if known)*   Correctional Officer

Shield Number

Employer                  Philadelphia Dept. of prison

Address                   7901 State Road

                          Philadelphia     PA     19136
                             *City*          *State*    *Zip Code*

                          ☑ Individual capacity    ☐ Official capacity

Defendant No. 2

Name                      C/O A. Jones

Job or Title *(if known)*   Correctional Officer

Shield Number

Employer                  Philadelphia Dept. of prison

Address                   7901 State Road

                          Philadelphia     PA     19136
                             *City*          *State*    *Zip Code*

                          ☑ Individual capacity    ☐ Official capacity

Defendant No. 3

Name ___Deputy Warden : E. Cruz___

Job or Title *(if known)* ___Deputy Warden___

Shield Number ___

Employer ___Philadelphia Dept. of prison___

Address ___7901 State Road___

___philadelphia___ ___PA___ ___19136___
    *City*          *State*      *Zip Code*

[✓] Individual capacity    [ ] Official capacity

Defendant No. 4

Name ___Blanche Carney in her official capacity as commissioner of prison City of philadelphia___

Job or Title *(if known)* ___Commissioner of prison's___

Shield Number ___

Employer ___Philadelphia Dept. of prison___

Address ___7901 State Road___

___philadelphia___ ___PA___ ___19136___
    *City*          *State*      *Zip Code*

[ ] Individual capacity    [✓] Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Failure to keep me safe. Having another Inmates to right me, while on Protective custody.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

C/O S. BlackShoer. Popped my cell to have inmate's
fight me, C/O A. Jone's told my info and was
The one told them inmate's to fight me also.

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [x] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

It arouse while I was on Protective
Costody after my official visit
with PILP I was then targeted.

C. What date and approximate time did the events giving rise to your claim(s) occur?

First incident was Oct. 6 or Nov. 6 of 2020 at around 4:15 & 4:30 pm and afther that. letting inmate in my cell to fightme Second Incident was on Feb. 22 2021 to Feb. 23 2021 on Feb. 22 Time was like around 10:45 Feb. 23. 2021 Time was around 4:15 to 4:25 pm and afther. Getting punched in the yard.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

C/O S. Blacksheer popped my door to let two Indivial come in my cell to fight me which they did not belong. C/O A. Jones told my charges and other information about me also information that I reported in my official visit. C/O A Jones & C/O S. Blacksheer told two other indivial inmate To punch me in the yard. Everything was report to P.I.I.P.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

NO, Injuries in the first incident that was reported first. They Refuse for me to see medical. yes, Injuries for Second Incident was a punch in the Face in the yard where I was assualted I spoke with medical that time and with mental Health Social worker's and the Sudcide Hotline.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Requesting 5 million U.S. Dollar's To The Eastern District Court s. Cause I was on protective custody the Jail failed to keep me safe and protected. I was punch in the Face By inmate and had to do punitive time for it.

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Curran - Fromhold - Correctional - Facility

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

I File the grievance on D unit on DI-Pod 4
where the incident happen at.
It was File in the Jail Called
Curran - Fromhold - Correctional - Facility

2. What did you claim in your grievance?

I claim that I was Being target on cause
I made a report to the (PIFP) Pennsylvania Institutional
law Project. Saying two Individual Correctional officer's
where allowing inmate to have sexual relationships in
the cell. That after my Official visit with the PIFP I
was targeted By them correctional officer's and Inmate
That I have reported to them.

3. What was the result, if any?

There where not really no results made in my favor.
I was just moved of the unit. Cause, I wrote an
additional Complaint toward Deputy Warden: Cruz
Then, got his attention them was removed of the
unit.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Cause, they took Care of the additional Complaint
that I made toward - Deputy Warden: for cruz
I want Justice for them not doing they Job
Correction Be punish in Some type of way.

F.   If you did not file a grievance:

   1.   If there are any reasons why you did not file a grievance, state them here:

_____

   2.   If you did not file a grievance but you did inform officials of your claim, state who you informed,
        when and how, and their response, if any:

_____

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative
     remedies.

I was targeted by them two officer's and Inmate's
and two other inmate's in the other Complaint more
than once. Cause I had made a report on them
about them doing wrong thing while they was at work.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your
administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying
the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility,
brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous,
malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent
danger of serious physical injury."  28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.  Docket or index number

_____

4.  Name of Judge assigned to your case

_____

5.  Approximate date of filing lawsuit

_____

6.  Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example: Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

_____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☑ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    4-3-21

Signature of Plaintiff    _Andy Ortiz_

Printed Name of Plaintiff    Andy Ortiz

Prison Identification #    1212917

Prison Address    7901 State Road

Philadelphia    PA    19136
_City_    _State_    _Zip Code_

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

_____
_City_    _State_    _Zip Code_

Telephone Number    _____

E-mail Address    _____

io: Internal Affair's I got some civil ~~complai~~
complaints. That I will like to report to yall
I try to reach out to yall on the cell phone
at the Jail dont got yall number for a toll
free call. So, that why I am contacting
yall right now by mail. I will like to
talk to some one about these legal and
civil complaint's and to take these to the
Eastern District courts. I claimed on the
grivance 5million u.s. Dollars to the Eastern
District courts.
I'm ~~here~~ ~~here~~ to report Correctional officer
mis conduct!!
I was Punched and choked by two differe
Officer's over at the Philadelphia Industrail
Correctional center refered As P.I.C.C was
the location of the incident.
Also same location of incident where, I was
Stabbed in the head couple of time by an
inmate and the Prison failed to keep me
Safe. I was then sent out to the hospitial
Cause, of my condition's. The Jail have hospitial reports
I wrote grivance for all of these matters not
one was repond too since, then.
I tranferred too C.F.C.F Curran From hold Correction
facility I am on protective Sustady on
D1 pod-4. A. Jones and S. Blackshoer are
correctional officer's that had two other

inmate on that unit to fight me he poped
my cell and let them two inmates to
try and fight me I hoped out my cell
with my shirt off. cause, I felt I was
in danger the reason was cause, I report
them to the P-I-L-P law project's for the
PDP law suit. I told them that they had
retailated on me on this incident.
I Also was punched by an inmate in
the yard cuse cause, I reported an inmate
getting assaulted by them officer's on
the unit co co/S. Blacksheer and C/o A. Jone's
when I reported that incident c/o S. Blacksh
and C/o A. Jones retailated and told inmate
in 19-cell that I had told on them. so
the next day inmate ponch me in the
yard I reported all this to the P-ILP
law project's about these incidents.

I want justice and something needs to
happen.
cause, I'm not going to get abuse and
neglected in this jail and they say they
gonna keep me safe I ~~feel~~ feel unsafe
cause, I fill that I am being targeted
cause, I want to make a civil complaint
to the U.S. Eastern District courts.
Respectfully Submitted: Andy Ortiz

It started on February 24 - 2020
During med line on the 3to11 shift.
I was incarcerated at philadelphia -
Industrial correctional center. when, the
incident had taking place. I was on K
unit (Mental Health Block) I was place
there cause, I got mental Health issue's.
when, I was in med line on 3to11 shift.
c/o Bailey & c/o TiTa where the two
officer's assigned on that shift and time.
I had my radio in my ear with the -
sound on high level to tone people out to
get me out of trouble. was waiting to
get my med's. when, I got them I -
was also, giving ton's. For my tummy it
was Kop's meds that I was allow to
take with me. when, correctional officer
Barnett told me to take him told him
it was Kop's then walked away. my
head phone was in my ear the whole
time. while I was walking towards
the unit officer Barnett turn me around
violently and wrapped two/Both his -
hand around my neck and start to -
squeeze and choke me while shaking
me violently telling me. you listen to me
when, I tell you an order. mental Health
social worker Carlita Owen witness she

Saw it. And other mental Health Social workers.
Then, c/o Barnett push me to the ground
violently. I was then surround by
a couple correctional officer's. When Sgt.
White & LT. Horsey came out they office
to hand cuff me. Took picture's of my-
neck Then, had a C.E.R.T officer to -
take me to medical. The nurse reported to
officer I had light scatches & my neck was
red. Nurse told officer should she write it
down he said, no it's not that bad. I
was then sent to mental Health told
Her what officer's did to me & told her I
feel sudical/kill my self then was sent
to the reciving room. By the C.E.R.T officer
I arrived in the reciving was shakled on
my arm & leg's and was locked in a
single cell waiting to see the doctor.
Correctional officer: patel was in
that area assigned to the reciving-
room. Correctional officer Barnett came
into the reciving room called me a
"Bitch" I told him I was gonna sue him
and take him to court. He told c/o patel
to open my cell with the key, He opened
it c/o Barnett told me to say, it in his
face I did he then push me violently
deep into the cell ask me to spit at him,

I said, why would I do that he said,
you will see if you was to do it he
was gonna slap the shit out of me.
Then try to pull me out the cell violently
I did not let him. Told him I want a
Sgt or LT or supervisor to escort me.
He told patel to lock me Back in cause he
wasn't gonna deal with me then left.
There was an inmate in the next cell
right beside my cell saw every thing.
Saw the doctor told her what officers
had did to me. Told the doctor I want
to speak with a supervisor. She try to
call for them But, they did not answer.
Then she left I locked back into the
cell. Then Correctional officer, AMAZON
put his gloves on and had C/O patel open my
cell. C/O AMAZON told me to come with
him I said, no I want a supervisor.
He then said, "I'm going to ask you nicely.
THEN, ASK, "you want the Easy way or
the hard way." I told him I want
his Supervisor then he yanked me out
the cell violently and then he started
punching me on the side of my face with
his fist to have me move I didn't
He still started to punch me on the
side of my face. C/O patel was just

watching him punch me on the side of
the face in the reciving room. Then
I was out side the reciving room, he punch
me again told me to start walking. I
start to curs/say bad words to him
saying "He a bitch for punching me with
the hand cuffs and shakle's on me. He
then started to slamming me into door
while using excessive force. He slam me
in to door a cuple time I don't know
how many if I was to guess like five
six times. Then, he did it in front of
sgt. white told him he was not allow
to do that. But he still did it then
sgt. white said, "I got him" then
C/O Amazon said, "Camera's don't work how
you gonna court on me". I told him —
"watch me Bitch". Then the sgt. white
told me what told him I got punch
By C/O Amazon and C/O Barnett choked
me and push me around the cell in the
reciving room, All he did was ignored
me like I didn't say nothing then
say he was not trying to do Extra
paper work. Then I told him my
face hurt and it feels like it is
swellon and nose was Bleeding a little.

He sent me to RHU/ the hole for punitive segagation. put me in the cell and told me "He get off work he does not have time to do any more paper then left.

Told officer's I want to kill my self they said, No I don't I am going to just tell. I said yes I am this is wrong. I want Justice I tired of geting abuse my correction officer.

I told the captain about what happen He took the letter I gave him then Said, He was going to have major martin do a investagation. I spoke with major martin But not one on one and all she was telling me She was investagating it. I wrote grivance form left and right I got the copies sent to my house But can get them Back If needed.

while on the RHU I in 6 cell then was sent to 14 cell. Then I was doing legal work in the cell on the 11 to 7 shift on march 4-2020. when, my cellie ask what I was locked up for did not tell him. He then grab my paper work then said, you here for rapeing a lil' girl told him no Im not you dont know what happen.

He pulled out a nife and he started
to stabb me in my head and nose
I was then sent to the hospital
cause of my condition, I was offered
of stitch's and a cat scan. sgt, gill
took pictures of my wound I had. #12/2835
Then sent me to J unit. Gabriel Correa

---

I notifed to the PI-LP about me being
retaiululated again me calling the hotlim
That C/O A. Jones and C/O Blacksteer
allow inmate to go to each other cells
to have sexual relationships.
I had an official vist with Jermy
told him what happen then I gett
retailuqlated when I come back
on the unit by the officer I
reported and inmates.
Donte parker and Eric mcdall had
C/O Blacksteer pop my cell so they came
in to try and fight me I slide out
the cell with my shirt off cause they
came into the cell.

Witness inmate getting assualted
told sgt, I witness c/o told 19 cell
punch on me.

Andy Ortiz / PP#1212917 / DI-4
Curran-From Hold-Correctional-Facility
Philadelphia Dept. of Prison
7901 State RD
Philadelphia, PA 19136



Philadelphia P&DC 191 ZIP
WED 07 JUL 2021 PM

United States District Court
Eastern District of Pennsylvania
U.S. Court House
Independence Mall West
601 Market Street
Philadelphia, PA. 19106-1797



U.S.M.S.