# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| | |
|---|---|
| Andy Ortiz<br>_____<br>Plaintiff(s)<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br>C/O: S. Blacksheer, CP: A. Jones, Sgt. V. White, LT. G. Malloy, C/O: Robbinson, LT. Cheek, LT. Linn, C/O: C. Carmona, C/O: CL. Jones, C/O: N. Muhammad, Deputy Warden's Cruz and R. Rose, Blanche Carney, a PDP Commissioner<br>_____<br>Defendant(s) C.F.C.F.<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No. 21-CV-3101<br>(to be filled in by the Clerk's Office) |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

| NOTICE |
|---|
| Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.<br><br>Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.<br><br>The Clerk will not file a civil complaint unless the person seeking relief pays the entire filing fee (currently $350) and an administrative fee (currently $52) in advance, or the person applies for and is granted in forma pauperis status pursuant to 28 U.S.C. § 1915. A prisoner who seeks to proceed in forma pauperis must submit to the Clerk (1) a completed affidavit of poverty and (2) a copy of the trust fund account statement for the prisoner for the six month period immediately preceding the filing of the complaint, obtained from and certified as correct by the appropriate official of each prison at which the prisoner is or was confined for the preceding six months. See 28 U.S.C. § 1915(a)(2).<br><br>If the Judge enters an order granting a prisoner's application to proceed in forma pauperis, then the order will assess the filing fee (currently $350) against the prisoner and collect the fee by directing the agency having custody of the prisoner to deduct an initial partial filing fee equal to 20% of the greater of the average monthly deposits to the prison account or the average monthly balance in the prison account for the six-month period immediately preceding the filing of the complaint, as well as monthly installment payments equal to 20% of the preceding month's income credited to the account for each month that the balance of the account exceeds $10.00, until the entire filing fee has been paid. See 28 U.S.C. § 1915(b). **A prisoner who is granted leave to proceed in forma pauperis is obligated to pay the entire filing fee regardless of the outcome of the proceeding, and is not entitled to the return of any payments made toward the fee.** |

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

I. **The Parties to This Complaint**

    A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Andy Ortiz
All other names by which you have been known: wyosnoop, Snoop, lilu, Andrew
ID Number: 1212917
Current Institution: Curran-Fromhold-correctional-Facility
Address: 7901 State Road
Philadelphia, PA 19136
City / State / Zip Code

    B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: C/o: S. Blacksheer
Job or Title *(if known)*: Correctional Officer
Shield Number: Badge # unknown
Employer: Curran-Fromhold-Correctional-Facility
Address: 7901 State Road
Philadelphia, PA 19136
City / State / Zip Code
[✓] Individual capacity     [ ] Official capacity

Defendant No. 2
Name: C/o: A. Jones
Job or Title *(if known)*: Correctional Officer
Shield Number: Badge # unknown
Employer: Curran-Fromhold-Correctional-Facility
Address: 7901 State Road
Philadelphia, PA 19136
City / State / Zip Code
[✓] Individual capacity     [ ] Official capacity

DEFENDANT NO: 5
NAME: SGT. V. WHITE
SHIELD NUMBER: BADGE # UNKNOWN
EMPLOYER: CURRAN-FROMHOLD-CORRECTIONAL-FACILITY
ADDRESS: 7901 STATE ROAD
PHILADELPHIA, PA. 19136
JOB TITLE: SUPERVISOR

DEFENDANT NO: 6
NAME: CO: ROBBINSON
SHIELD NUMBER: BADGE # UNKNOWN
EMPLOYER: CURRAN-FROMHOLD-CORRECTIONAL-FACILITY
ADDRESS: 7901 STATE ROAD
PHILADELPHIA, PA. 19136
JOB TITLE: CORRECTIONAL OFFICER

DEFENDANT NO: 7
NAME: LT. CHEEK
SHIELD NUMBER: BADGE # UNKNOWN
EMPLOYER: CURRAN-FROMHOLD-CORRECTIONAL-FACILITY
ADDRESS: 7901 STATE ROAD
PHILADELPHIA, PA. 19136
JOB TITLE: SUPERVISOR

DEFENDANT NO: 8
NAME: CO: CL. JONES
SHIELD NUMBER: BADGE # UNKNOWN
EMPLOYER: CURRAN-FROMHOLD-CORRECTIONAL-FACILITY
ADDRESS: 7901 STATE ROAD
PHILADELPHIA, PA. 19136
JOB TITLE: CORRECTIONAL OFFICER

DEFENDANT NO: 9
NAME: LT. LINN
SHIELD NUMBER: BADGE # UNKNOWN
EMPLOYER: CURRAN-FROMHOLD-CORRECTIONAL-FACILITY
ADDRESS: 7901 STATE ROAD
PHILADELPHIA, PA. 19136
JOB TITLE: SUPERVISOR

DEFENDANT NO: 10
NAME: CO: N. MUHAMMD
SHIELD NUMBER: BADGE # UNKNOWN
EMPLOYER: CURRAN-FROMHOLD-CORRECTIONAL-FACILITY
ADDRESS: 7901 STATE ROAD
PHILADELPHIA, PA. 19136
JOB TITLE: CORRECTIONAL OFFICER

DEFENDANT NO: 11
NAME: DEPUTY WARDEN: E. CRUZ
SHIELD NUMBER: BADGE # UNKNOWN
EMPLOYER: CURRAN-FROMHOLD-CORRECTIONAL-FACILITY
ADDRESS: 7901 STATE ROAD
PHILADELPHIA, PA. 19136
JOB TITLE: SUPERVISOR

DEFENDANT NO: 12
NAME: DEPUTY WARDEN: R. ROSE
SHIELD NUMBER: BADGE # UNKNOWN
EMPLOYER: CURRAN-FROMHOLD-CORRECTIONAL-FACILITY
ADDRESS: 7901 STATE ROAD
PHILADELPHIA, PA. 19136
JOB TITLE: SUPERVISOR

TURN OVER →

DEFENDANT NO: 13
NAME: COMMISSIONER: BLANCHE CARNEY
SHIELD NUMBER: BADGE # UNKNOWN
EMPLOYER: CURRAN-FROMHOLD CORRECTIONAL FACILITY
ADDRESS: 7901 STATE ROAD
PHILADELPHIA, PA. 19136
JOB TITLE: COMMISSIONER OF PRISON

DEFENDANT NO: 14
NAME: PHILADELPHIA DEPT. OF PRISON
SHIELD NUMBER: NOT APPLY
EMPLOYER: CURRAN FROMHOLD CORRECTIONAL FACILITY
ADDRESS: 7901 STATE ROAD
PHILADELPHIA, PA. 19136
JOB TITLE: THE PRISON ITSELF

DEFENDANT NO: 15
NAME: CURRAN-FROMHOLD CORRECTIONAL FACILITY
SHIELD NUMBER: NOT APPLY
EMPLOYER: CITY OF PHILADELPHIA
ADDRESS: 7901 STATE ROAD
PHILADELPHIA, PA. 19136
JOB TITLE: PRISON

DEFENDANT NO: 16
NAME: CITY OF PHILADELPHIA
SHIELD #: NOT APPLY
EMPLOYER: CITY OF PHILADELPHIA
ADDRESS: UNKNOWN
JOB TITLE: CITY OF PHILADELPHIA.

DEFENDANT NO: 17
NAME: C/O; S. GRANT
SHEILD#: BADGE # UNKNOWN
Employer: CURRAN-FROMHOLD-CORRECTIONAL-FACILITY
ADDRESS: 7901 STATE ROAD
Philadelphia, PA. 19136
JOB TITLE: CORRECTIONAL OFFICER

Defendant No. 3
Name: C/O: C. Carmona
Job or Title (if known): Correctional Officer
Shield Number: Badge # unknown
Employer: Curran-Fromhold-Correctional-Facility
Address: 7901 State Road
Philadelphia, PA 19136
City / State / Zip Code
[✓] Individual capacity  [ ] Official capacity

Defendant No. 4
Name: LT. G. Malloy
Job or Title (if known): Supervisor
Shield Number: Badge # unknown
Employer: Philadelphia Dept. of Prison
Address: 7901 State Road
Philadelphia, PA 19136
City / State / Zip Code
[✓] Individual capacity  [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

My DUE PROCESS CLAUSE, RESTRICTIVE OR INHUMANE CONDITIONS OF CONFINEMENT. SEE FARMER V. BRENNAN. WHEN PRISON OFFICAL IGNORE SERIOUS DANGER. EXCESSIVE FORCE BY GUARD AND INMATE - FAILURE TO PROTECT 8th Amendment CLAIM. FEDERAL RIGHTS, BILL OF RIGHTS CONSTITUTIONAL RIGHTS. DEALING WITH VIOLENT ABUSE AND RETALIATION. PROTECT CONDUCT

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

DEFENDANT NO: 1
C/O: S. BLACKSHEER
HAD TO OPEN MY CELL DOOR TO HAVE INMATES TO ASSUALT ME. I RAN OUT THE CELL WITH MY SHIRT OFF. CAUSE, I FELT UNSAFE
DEFENDANT NO: 2
C/O: A. JONES WATCH DEFENDANT NO: 1
C/O: S. BLACKSHEER UNLOCK THE DOOR TO HAVE TWO INMATE'S TO ATTACK ME. AND DIDN'T TRY TO STOP HIM.
INCIDENT HAPPEN ON THE PROP PROTECTIVE CUSTODY BLOCK ON NOV-6-2020 OR OCT-6-2020 WAS REPORTED TO THE P-I-L-P.
BOTH OFFICERS VIOLATED MY FEDERAL RIGHTS FAILURE TO PROTECT ME. DUE PROCESS CLAUSE NOTHING WAS WRITTEN UP. 8th Amendment RIGHT EXCESSIVE FORCE BY GUARD'S. AND CONSTITUTIONAL RIGHTS. PROTECT CONDUCT 1st AMENDMENT RIGHT.
DEFENDANT NO: 2 C/O: A. JONES TOLD AN INDIVIAL INMATE TO ASSUALT ME THE NEXT DAY WHEN SHE GET'S OFF WORK. ALSO VIOLATED 8th Amendment RIGHT TO BE FREE FROM EXCESSIVE FORCE ALSO FAILURE TO PROTECT CLAIM. INMAYE ASSUALT ME THE NEXT DAY IN THE YARD.
I INFORMED DEFENDANT NO: 5 Sgt. V. WHITE ON (FILE) THAT I AIN'T FEEL SAFE AROUND THESE TWO OFFICERS SHE WALKED AWAY FROM THE CELL IGNORED ME.

DEFENDANT NO: 5 Sgt: V. WHITE VIOLATED MY FEDERAL RIGHT'S TO FAILURE TO PROTECT CAUSE, I STATED TO HER I WANTED TO BE ON HOUSED ALONE STATUS. 1st Amendment RIGHT TO PROTECT CONDUCT.

I SPOKE WITH DEFENDANT NO: 4 LT. G. Malloy ABOUT GUARD ASSUALT ME. SHE TOLD ME THE BEST SHE CAN DO IS REPLY TO MY GRIEVANT AND TO HAVE ME ~~A WRIS~~ WRITE A MEMO. I FILED A MEMO. I WROTE AND TOLD LT. G. Malloy THAT I WAS Still BEING RETALIATED AND DEALING WITH VIOLENTS AND ABUSE SHE IGNORE ME AND TOLD ME SHE DID THE BEST SHE CAN DO HELP ME TO TAKE IT UP WITH SOME ON ELSE.

SO I CONTACT DEFENDANT NO: ~~Q~~ 11, 12, 13 WHICH ARE DEPUTY WARDEN, E. CRUZ, DEPUTY WARDEN: R. Rose Blanche CARNEY commissioner OF PRISON HAVE NOT GET NO REPONDS TO MY APPLY'S. THEY ARE THE SUPERVISOR TO THESE GUARD THAT ASSUALT ME. THEY ARE UNDER THERE SUPERVISION BUT ALSO FAILURE TO PROTECT CAUSE I ACKNOWLEDGE THEM IN A GRIEVANCE AND LETTERS THAT I WAS NOT SAFE AND I WAS IGNORED MOST OF THE TIME AND WAS GETTING ASSUALT BY GUARD AND INMATES. 1st Amendment PROTECT CONDUCT

AROUND MAY 1, 2021 I WAS ASSUALT BY AN INMATE IN THE BUBBLE DEFENDANT NO: 3 C/O: C. CARMONA INFORM AN INMATE TO ~~GO TO THE~~ TELL ME TO GO TO THE BUBBLE. THE C/O: C. CARMONA INSTRUCT THE INMATE TO SLAP ME. HE VIOLATED TO FAILURE TO PROTECT AND DUE PROCESS CLAUSE FAILED TO WRITE THAT INDIVIAL INMATE UP. I WENT DOWN MEDICAL CAUSE I WAS REFUSED MEDICAL THE DAY IT HAPPEN. I SPOKEN WITH LT. REED AND DISCUSS TO HER WHAT HAPPEN. ALSO LT. CHEEK DEFENDANT NO: 7 LT. CHEEK WAS ALSO NOTEID TOLD ME I WILL BE REMOVED OFF THE BLOCK I GOT BACK TO THE BLOCK WAS THEN ASSAULTED BY MY CELLY WHILE IN THE PROCESS OF MOVING OFF THE BLOCK. LT. CHEEK REFUSE FOR ME TO GO TO MEDICAL. I INFORMED TO HER THAT INMATES WHERE OUTSIDE MY DOOR PASSING A WEAPON UNDER THE DOOR FOR MY CELLY TO USED AGAINGT ME. FAILURE TO PROTECT. I WAS ASSUALTED BY DEFENDANT NO: 10 C/O. N. MUHAMMD IN THE CELL WAS PUNCHED AND SLAPED IN THE FACE. HE CLOSED THE DOOR BEHIDED HIM WHEN THE INCIDENT ACCORD. I FILED A MEMO AND GRIEVANCE. VIOLATED FAILURE TO PROTECT AND EXCESSIVE FORCE.

DEFENDANT NO: 8 & 9 & 17
LT. LINN AND C/O: CL. JONES AND C/O S. GRANT WAS ON MY DOOR 12-2-21 INFORMED ME TO NOT BRANG ON MY DOOR. CAUSE, I NEED MEDICAL ATTENTION CAUSE OF MY ~~ASSMA~~ BREATHING WAS ACTING UP.
LT. LINN THREATEN ME SHE WILL HAVE ME GET PEPPER SPRAYED WITH A BIG CAN OF PEPPER SPRAY AND HAVE A COOPLE OF MALE GUARDS TO ASSUAlt ME.
C/O CL. JONE AND C/O S. GRANT DID NOT TRY TO STOP HER TO RESOLVE THE INCIDENT.
DEFENDANT NO: 14, 16, 17
CITY OF PHILADEPHIA
PHILADELPHIA DEPT. OF PRISON
CURRAN-FROOM HOLD-CORRECTIONAL-FACILITY ARE REPONDSIBLE OF KEEP ME SAFE AND I AM UNDER THERE CUSTODY.
FAILURE TO KEEP ME SAFE.
VIOLATED ALL RIGHT FEDERAL AND BILL OF RIGHTS.
DEFENDANT NO. 6 FAILED TO PROTECT I WAS ON PROTECTIVE CUSTODY WAS ASSUAlTED BY TWO INMATES.
OFFICER WAS NOT ON THE BLOCK AT THE TIME.

Respectfully Somitted
*[signature]*

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

(SEE ADDENDUM)/ ADDITIONAL PAGES

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [✓] Pretrial detainee
- [✓] Civilly committed detainee
- [ ] Immigration detainee
- [✓] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

YES, IN

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

YES, IN DIFFERENT LOCATION, INSIDE THE PRISON. SEE ADDITIONAL PAGES. (SEE ADDENDUM)

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

C. What date and approximate time did the events giving rise to your claim(s) occur?

( SEE ADDENDUM )

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

( SEE ADDENDUM )

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

SWELLOWING FACE, LUMPS AND NOSE BLEED WAS FORCE TO HEAL IN THE CELL. P.T.S.D DEALING WITH PAIN AND SUFFERING FROM MENTAL HEALTH ILLNESS. TALKING SLOWER AND RESPOND TO QUESTION TAKE ME A WHILE TO RESPOND. GETTING HIT ALOT IN THE HEAD CAUSE ME TO TALK AND THINK SLOWER AND TO REACT TO THINGS.

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

5 Million U.S. Dollars All together with All My civil suit Cases. Include punitive damages. Due To Failure to report, incident and Failure to protect. All go to the Eastern District Courts of PA.

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Curran-Fromhold-Correctional-Facility

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

I Filed the grievance at the prison Curran-Fromhold-Correctional-Facility.

2. What did you claim in your grievance?

All of the matters I have stated that officer had did to me in this civil suit.

3. What was the result, if any?

No result was made at all.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

The Jail does not reply to none of my issue's I also aint never get the chance to appeal cause they never repond.

F.  If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here:

   NOT APPLY CAUSE I FILED ONE

   2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   I INFORM Correctional OFFICERS AND SUPERVISORS LISTED ABOVE.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   I CONTACT BIANCHE CARNEY DUE TO ME BEING under HER Custody and SHE ~~RESPOND~~ RELIEABLE TO KEEP ME PROTECTED. Also DEPUTY Warden R. ROSE AND E. CRUZ.

   (Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

NOT APPLY

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) ANDY ORTIZ
   Defendant(s) CITY OF PHILADEIPHIA

2. Court *(if federal court, name the district; if state court, name the county and State)*
   EASTERN DISTRICT COURTS OF PA

3. Docket or index number
   21-CV-3100

4. Name of Judge assigned to your case
   On Judge: /S/ GERALD J. PAPPERT

5. Approximate date of filing lawsuit
   FEB-28-2021

6. Is the case still pending?
   ☑ Yes
   ☐ No

   If no, give the approximate date of disposition.   NOT APPLY YET.

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   NOT APPLY YET.

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Page 9 of 11

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

☑ Yes

☐ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)  ANDY ORTIZ
   Defendant(s)  P.I. CC

2. Court *(if federal court, name the district; if state court, name the county and State)*

   EASTERN DISTRICT COURTS OF PA

3. Docket or index number
   21-CV-3613

4. Name of Judge assigned to your case
   Judge: /S/ GERALD J. PAPPERT

5. Approximate date of filing lawsuit
   FEB-28-2021

6. Is the case still pending?
   ☑ Yes
   ☐ No

   If no, give the approximate date of disposition   NOT APPLY YET.

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   NOT APPLY YET.

IX. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2-22-2022

Signature of Plaintiff: *Andy Ortiz*
Printed Name of Plaintiff: Andy Ortiz
Prison Identification #: 1212917
Prison Address: 7901 State Road
Philadelphia, PA 19136
City / State / Zip Code

B. **For Attorneys**

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City / State / Zip Code
Telephone Number: _____
E-mail Address: _____

ANDY ORTIZ / CF.L F/ D1-4
PHILADELPHIA DEPT. OF PRISON
7901 STATE ROAD
PHILADELPHIA, PA. 19136

U.S.M.S.
X-RAY

(LEGAL)
(MAIL)

EASTERN DISTRICT COURT OF PA
CLERK OF COURT
JAMES A. BYRNE U.S. COURTHOUSE
Room 2609
601 Market Street
PHILADELPHIA, PA 19106

RECEIVED
MAR 21 2022