# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDY ORTIZ,<br>            *Plaintiff,*<br>   v.<br>BLANCHE CARNEY, et al.,<br>            *Defendants.* | CIVIL ACTION<br>NO. 21-3100 |
| ANDY ORTIZ,<br>            *Plaintiff,*<br>   v.<br>C/O S. BLACKSHEER, et al.,<br>            *Defendants.* | CIVIL ACTION<br>NO. 21-3101 |
| ANDY ORTIZ,<br>            *Plaintiff,*<br>   v.<br>CITY OF PHILADELPHIA, et al.,<br>            *Defendants.* | CIVIL ACTION<br>NO. 21-3104 |
| ANDY ORTIZ,<br>            *Plaintiff,*<br>   v.<br>P.I.C.C, et al.,<br>            *Defendants.* | CIVIL ACTION<br>NO. 21-3813 |

**ORDER**

**AND NOW**, this 23rd day of June 2022, upon consideration of Plaintiff Andy Ortiz's Motions to Appoint Counsel (Civ. A. No. 21-3100: ECF 24; Civ. A. No. 21-3101: ECF 30; Civ. A. No. 21-3104: ECF 26; and Civ. A. No. 21-3813: ECF 19), it is

**ORDERED** that the motions are **DENIED**[1]  Plaintiff must represent himself at this time.

                                                BY THE COURT:

                                                ***/s/ Gerald J. Pappert***
                                                GERALD J. PAPPERT, J.

---

[1] Ortiz has no legal right to an attorney in any civil action. *See Montgomery v. Pinchak*, 294 F.3d 492, 498 (3d Cir. 2002).  The Court previously asked attorneys on the Prisoner Civil Rights Panel to review his cases and removed the cases after the referrals expired with no attorney electing to represent him.  (*See* Civ. A. No. 21-3100, ECF 19 and 20; Civ. A. No. 21-3101, ECF 16, 18, 22 and 27; Civ. A. No. 21-3104, ECF 21 and 22; Civ. A. No. 21-3813, ECF 14 and 15.)