IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ANDY ORTIZ, | |
|---|---|
| *Plaintiff,* | CIVIL ACTION |
| v. | NO. 21-3101 |
| C/O S. BLACKSHEER, et al., | |
| *Defendants.* | |

## ORDER

**AND NOW**, this 16th day of August 2022, it is hereby **ORDERED** that the Motion to Amend the Complaint (ECF 21), is **GRANTED**. Ortiz shall file a Second Amended Complaint on or before **Friday, September 16, 2022**.

BY THE COURT:

***/s/ Gerald J. Pappert***
GERALD J. PAPPERT, J.