IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDY ORTIZ,<br><br>    *Plaintiff,*<br><br>v.<br><br>BLANCHE CARNEY, et al.,<br><br>    *Defendants.* | CIVIL ACTION<br>NO. 21-3101 |

## SCHEDULING ORDER

**AND NOW**, this 3rd day of March, 2023, following a conference with counsel for the parties, it is **ORDERED** that:

1. The case is referred to Magistrate Judge Elizabeth Hey for settlement.

2. Discovery shall be completed on or before **June 1, 2023**.

3. All motions for summary judgment, if any, shall be filed on or before **July 3, 2023**. Responses to any such motions shall be filed on or before **July 31, 2023** and replies, if any, shall be filed on or before **August 14, 2023**.

4. All motions *in limine* shall be filed on or before **September 14, 2023**. Responses shall be filed on or before **September 28, 2023**.

5. Plaintiff and Defendant shall file their pretrial memoranda on or before **October 5, 2023**. Pretrial memoranda shall address all of the topics listed in Local Rule of Civil Procedure 16.1(c) and the Court's Policies and Procedures.

6. A final pretrial conference and oral argument on the motions *in limine* (if necessary) will be held on **October 10, 2023 at 10:00 a.m. in Courtroom 11-A**. At the final pretrial conference, counsel shall be prepared to discuss all aspects of their pretrial memoranda. It is expected that counsel will have conferred regarding their

1

objections to anything in the pretrial memoranda prior to the final pretrial conference, leaving for the Court only those objections the parties could not resolve.  Counsel shall also bring to the pretrial conference two copies of the joint trial exhibit book described in Paragraph II.I.13 of the Court's Policies and Procedures.

7. Plaintiff and Defendant shall file and submit to the Court on or before **October 10, 2023** their proposed jury instructions, verdict form or special interrogatories to the jury consistent with all requirements in Paragraph II.H(d) of the Court's Policies and Procedures.

8. Trial is scheduled for **October 16, 2023 at 9:30 a.m. in Courtroom 11-A**.  Counsel and all parties shall be prepared to commence trial on that date.

9. All filings, conferences, and pretrial procedures shall conform to Judge Pappert's Policies and Procedures, available at www.paed.uscourts.gov.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.