In The United States Court
For Eastern District of Pennsylvania

| ANDY ORTIZ | |
|---|---|
| Plaintiff, | Motion to Subpoena Witnesses and Third Parties |
| v. | |
| C/O: A. Jones | Civil Action # 21-CV-3101 |
| C/O: S. Blacksheer | |
| Defendants. | |

In accordance with Rule 33 of the Federal Rules of Civil Procedures, Plaintiff request the court to order third parties and witnesses to be subpoena upon the above matter.

1.) For Defendants on the above ~~caption~~ Caption / matter to provide the names and address or otherwise identify any person Plaintiff request to subpoena by the court that knows facts relevant to the matter above.

2.) Accordance to Rule 31 of the Federal Rules of Procedures, Asking the court to also, set up a deposition hearing. To meet with defendants and potential witnesses and maybe a court reporter. To ask questions to defendant and witness request by Plaintiff while, answering under Oath.

3.) Here now on May, 9, 2023 respecfully Plaintiff request for the court to order a subpoena on the following: Third parties - Carmen Rodriguez, Alliyah Ortiz, Julio Diaz, Jeremy Issard, Esq., Grace Harris P.I.L.P. Witnesses - Niam Collin, Damen Bernheart, Rashone Corbitt, Steven Benett, Anothony Mccormick, Miguel, Kyle Klien, Matthew. Which, are all witnesses of inmate's on the unit at or around the time of the above matter.

4.) Last, Pennsylvania-Institutional-Law-Project in Philadelphia along with the prison society. Along with mental health staff located at the Philadelphia Dept. of prison. Which, have matters related to the above ~~caption~~ Caption Case. Include Eric Mcdail and Donte Parker ← attackers

5.) I hereby, declare under penalty of perjury that the foregoing is true and correct. Executed on 5-9-23 at ~~1590~~ Somerset, PA.

Signed by: Andy Ortiz
ANDY ORTIZ

CC: Filed on 5-9-23
Personal Copy
Eastrern District Court
Was not able to make copies to defendants.

Pg. 1