# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDY ORTIZ, *Plaintiff,* v. BLACKSHEER, et al., *Defendants.* | CIVIL ACTION NO. 21-3101 |

## ORDER

**AND NOW**, this 25th day of July, 2023, upon consideration of Ortiz's Motion to Subpoena, (ECF 52), and Ortiz's Motion for Declaration, (ECF 59), it is hereby **ORDERED** that:

1. Defendants shall **RESPOND** to the Motion to Subpoena, (ECF 52), on or before **August 15, 2023**.

2. The Motion for Declaration, (ECF 59), is **DENIED** to the extent Ortiz requests appointment of counsel. The Court referred this case to the Prisoner Civil Rights Panel for the Eastern District of Pennsylvania three times, (ECF 16, 22, & 50), and no counsel accepted representation.

3. The remainder of Ortiz's Motion for Declaration, (ECF 59), is **DENIED as moot** given the Court's order for Defendants to respond to his Motion to Subpoena.

The Court will set a new date for Ortiz to respond to Defendants' Motion for Summary Judgment, (ECF 56), as well as a new pretrial and trial schedule, after resolution of Ortiz's discovery requests.

1

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.