IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Andy Ortiz,
      Plaintiff,

v.

Blacksheer, ET AL.,
      Defendants.

Civil Action # 21-CV-3101

Jury Trail Demanded

PLAINTIFF Andy Ortiz
MOTION TO DEPOSE A INCARCERATED INDIVIDUAL

Plaintiff Andy Ortiz is the Plaintiff in this Civil Action, hereby file this Motion to Depose an Incarcerated Individual pursuant to Federal Rule of Civil Procedure 30(a)(2). In Support of this Motion, Plaintiff represent that:

1.) Plaintiff Andy Ortiz filed a Civil Action and named Rashone Corbitt as a witness that know facts and relevant material facts to Plaintiff Claim.

2.) Plaintiff Andy Ortiz states Rashone Corbitt #1209757 is currently incarcerated and in the custody of the Philadelphia Dept. of Prisons at Curran-Fromhold-Correctional-Facility. Plaintiff Andy Ortiz seen his witness Rashone Corbitt on D-1 pod 4 in cell #29 at around the month of April or May.

3.) Federal Rule of Civil Procedure 30(a)(2) requires an order to depose an incarcerated individual.

4.) Plaintiff respectfully request that this Honorable Court issue the proposed order allowing the deposition of witness.

Pg. 1

WHEREFORE, Plaintiff respectfully move the court to enter an Order in the form proposed. On Civil Action # 21-CV-3101.

Date: 8-8-2023

*Andy Ortiz*

Andy Ortiz # QN-9897
SCI- Somerset
1590 Walters Mill Rd
Somerset, PA. 15510-0001

Pg. 2

IN THE United States District Court
For THE Eastern District Court of Pennsylvania

| | |
|---|---|
| Andy Ortiz, | Civil Action # 21-CV-3101 |
| Plaintiff, | |
| v. | Jury Trial Demanded |
| Blacksheer, ET AL., | |
| Defendants. | |

Order

And Now, this _____ day of _____, 2023, upon Consideration of Plaintiff Andy Ortiz Motion to Depose an Incarcerated Individual, it is HEREBY ORDERED that the Motion is GRANTED and it is further ORDERED that Counsel is Plaintiff is granted leave to depose Witness Rashone Corbitt #1209757, an incarcerated person, pursuant to Federal Rule of Civil Procedure 30(a)(2), at a time, date and manner convenient to the parties and the administration at the Philadelphia Department of prisons at Curran-Fromhold-Correctional-Facility where witness Rashone Corbitt is confined including by means of Video Conference.

Commissioner Blanche Carney Is Further Directed to notify this Court of any change in custody of Mr. Corbitt and to provide the new Custodian with a Copy of this ORDER so they can comply here with.

BY THE COURT: _____

, J.

Smart Communications/PADOC
SCI- Somerset
Name: ANDY ORTIZ
Number: QN-9899
PO Box 33028
St Petersburg FL 33733

1590 Walters Mill Rd
Somerset, PA. 15510

[LEGAL]
PA DEPT OF CORRECTIONS
INMATE MAIL

CLERK OF COURT OFFICE FOR
UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF PA
U.S. COURT HOUSE
INDEPENDANT MALL WEST, ROOM 2609
601 MARKET STREET,
PHILADELPHIA, PA. 19106-9865

US POSTAGE PITNEY BOWES
$ 000.63
ZIP 15501
AUG 07 2023

U.S.M.S.
BAY.