2/1/2024

TO: EASTERN DISTRICT COURT OF PA
CLERK OF COURT OFFICE
U.S. COURTHOUSE ~~ROOM~~ ROOM #2609
601 MARKET STREET
PHILADELPHIA, PA. 19106

RE: ANDY ORTIZ V. CITY OF PHILADELPHIA, et al. # 21-CV-3100
ANDY ORTIZ V. BLANCHE CARNEY, et al. # 21-CV-3101
ANDY ORTIZ V. AMAZON, et al. # 21-CV-3104
ANDY ORTIZ V. P.I.C.C, et al. # 21-CV-3813

DEAR CLERK OF COURTS, I WILL LIKE A COPY OF A STATUS DOCKET SHEET FOR (ALL) THE ABOVE CASE'S / CASE#S. I WAS ALSO, HOPING THAT Y'ALL HAVE RECIEVE MY RESPONSE TO ME OBJECTING TO THE OFFER THAT WAS OFFERED TO ME. DURING SETTLEMENT IF NOT I'M OBJECTING TO THE SETTLEMENT OFFER. SO, ALL CASE'S SHOULD BE REMAIN OPEN AND NOT DISMISS.

THANK YOU! FOR TAKING THE TIME TO READ THIS.

RESPECTFULLY
SUBMITTED,

[signature]

CC: Filed on 2/1/24

1.) PERSONAL COPY
2.) JONAH SANTIAGO-PAGAN (SERVE BY CLERK OF COURT)
3.) JUDGE ELIZABETH T. HAY (SETTLEMENT JUDGE)(SERVE BY CLERK OF COURT)
4.) JUDGE GERALD J. PAPPER (SERVE BY CLERK OF COURT)

**Smart Communications/PADOC**
SCI- SOMERSET
Name ANDY ORTIZ
Number QN-9897
PO Box 33028
St Petersburg FL 33733

1590 WALTERS Mill Rd
SOMERSET, PA. 15510

(LEGAL MAIL)

PA Dept of Corrections
INMATE MAIL

RECEIVED
FEB - 5 2024
BY:

U.S. EASTERN DISTRICT COURT OF PA
CLERK OF COURT OFFICE
U.S. COURT HOUSE ROOM # 2609
601 MARKET STREET
PHILADELPHIA, PA. 19106

US POSTAGE
ZIP 15510
$ 000.64⁰
FEB 02 2024